UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| PADUCAH & LOUISVILLE RAILWAY, INC., | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:04CV-00176-M |
| | ) |
| PROGRESS RAIL SERVICES CORPORATION AND QUIXX CORPORATION AND UTILITY ENGINEERING CORPORATION AND XCEL ENERGY, INC. | ) |
| | ) |
| DEFENDANTS | ) |

### ORDER DISMISSING PROGRESS RAIL SERVICES CORPORATION AS A DEFENDANT WITHOUT PREJUDICE

Motion having been made by agreement between the Plaintiff, Paducah & Louisville Railway, Inc., and the Defendant, Progress Rail Services Corporation, both by counsel, it is hereby ordered that this action is dismissed without prejudice as to the Defendant, Progress Rail Services Corporation.

This is not a final and appealable order.

Tendered by:

_[signature]_

C. Alex Rose
WEBER & ROSE, P.S.C.
2400 Aegon Center
400 West Market Street
Louisville, Kentucky 40202
COUNSEL FOR PLAINTIFF

Copies to: Counsel of record