UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO. 4:04CV-00176-M

**PADUCAH & LOUISVILLE RAILWAY, INC.**                                              **PLAINTIFF**

V.

**QUIXX CORPORATION, UTILITY ENGINEERING, and EXCEL ENERGY, INC.**                 **DEFENDANTS**

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendants for summary judgment, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendants consistent with the Court's Memorandum Opinion and Order and the Plaintiff's Complaint be dismissed, with prejudice.

**THIS IS A FINAL AND APPEALABLE ORDER AND THERE IS NO JUST CAUSE FOR DELAY.**

This the 14th day of September 2007.

JEFFREY A. APPERSON, CLERK

BY: _____
Deputy Clerk

cc: Counsel of Record

FILED
Jeffrey A. Apperson, Clerk
SEP 14 2007
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY